||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALLISON PIERCE, | ) | |
|---|---|---|
| Plaintiff(s), | ) | No. C00-0742 BZ |
| v. | ) | **SERVICE ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Defendant(s). | ) | |

Plaintiff has filed an Administrative Motion to Consider Whether Cases Should be Related.  This case was never designated for electronic filing.  Plaintiff shall either serve the motion on defendant or, if already done, file a proof of service.

Dated:  January 12, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PIERCE V. BARNHART.3\SERVICE ORDER.wpd

1