UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLISON PIERCE,           )
                          )
        Plaintiff(s),     )   No. C00-0742 BZ
                          )
    v.                    )
                          )   **ORDER DENYING ADMINISTRATIVE**
JO ANNE B. BARNHART,      )   **MOTION TO RELATE CASES**
                          )
        Defendant(s).     )
_____)

　　　　Plaintiff's administrative motion to relate <u>Pierce v. Astrue</u>, C09-2713 to this case is **DENIED**.

　　　　Plaintiff's motion is untimely. Plaintiff filed the new action on June 18, 2009. The motion to relate was not filed until January 7, 2010. Local Rule 3-12(b) requires that the motion be filed "promptly." Plaintiff has provided no explanation for why she failed to do so. Absent an adequate explanation, permitting untimely requests to relate cases creates a risk that the motion will used for improper purposes.

　　　　In any event, the action of which plaintiff now complains was taken many years after this Court's earlier ruling and by

1

a different Administrative Law Judge, such that the criteria of Local Rule 3-12(a)(2) are not satisfied.

Dated: January 21, 2010

                            Bernard Zimmerman
                       United States Magistrate Judge

G:\BZALL\-BZCASES\PIERCE V. BARNHART.3\ORD DENYING REQUEST TO RELATE CASES.wpd

2